
RECEIVED
IN MONROE, LA
JUN 0 3 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUIS

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MILTON BAMBURG AND GETTIE SUE GOSS BAMBURG | CIVIL ACTION NO. 08-1466 |
| VERSUS | JUDGE ROBERT G. JAMES |
| AXIS ONSHORE LP, ET AL. | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 7] filed by Defendants Axis Onshore LP; TDE Subsidiary GP, LLC; Tridimension Energy, LP; TDE Operating GP, LLC; Stanley Cooper; and James Ryan, is **GRANTED IN PART AND DENIED IN PART.** The motion is GRANTED as to Plaintiffs' claims under the Securities Exchange Act of 1934, 15 U.S.C. § 78a, *et seq.*, against all Defendants, and those claims are **DISMISSED WITH PREJUDICE.** Defendants' Motion to Dismiss is otherwise **DENIED.**

MONROE, LOUISIANA, this 3 day of June, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE