RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 3/9/10
BY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **MILTON BAMBURG AND GETTIE SUE BAMBURG** | **CIVIL ACTION NO. 08-1466** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **AXIS ONSHORE LP, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT OF DISMISSAL

Considering the parties' Joint Motion to Dismiss with Prejudice [Doc. No. 37],

IT IS ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED and the above numbered action is DISMISSED WITH PREJUDICE, each party to bear its own costs.

MONROE, LOUISIANA, this 8 day of March, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE